# Court of Appeals
# of the State of Georgia

ATLANTA,  June 26, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1841. CYNTHIA SHARON GUEVARA RIOS v. JOSE GUEVARA RIOS.

In this divorce action, the trial court found Cynthia Sharon Guevara Rios in willful contempt of a consent temporary order. Cynthia has filed a direct appeal from that order. We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases," including orders "holding or declining to hold persons in contempt" of such orders, must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b); see *Evans v. Jackson*, 368 Ga. App. 170, 173 (1) (b) (889 SE2d 343) (2023). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Here, Cynthia failed to file an application for discretionary appeal, and we do not have jurisdiction over this direct appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/26/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*